RECEIVED
DEC 14 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Jeffrey Lane Politano,**

Defendant.

Docket No. 0:02CR00002-001

On April 16, 2003, the above defendant was placed on supervision for a period of 2 years supervised release. The defendant is on Special Parole until January 5, 2016. In view of this it is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 14th day of Dec., 2006.

John R. Tunheim
Honorable John R. Tunheim
U.S. District Judge

c: Mark A. Mills, Senior U.S. Probation Officer

SCANNED
DEC 14 2006
U.S. DISTRICT COURT MPLS